# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARCO SAYAN** and **URSULA HALTENHOF,**
Appellants,

v.

**SPACE COAST CREDIT UNION,**
Appellee.

No. 4D16-3925

[February 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE14-012337.

Marco Sayan, Miramar, pro se.

Ursula Haltenhof, Miramar, pro se.

Gaspar Forteza and Moises T. Grayson of Blaxberg, Grayson, Kukoff & Forteza, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***